THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN WOODWARD, Appellant. [735 NYS2d 410] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered July 9, 1999, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence upon his previous conviction of operating a motor vehicle while under the influence of alcohol.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). S. Miller, J. P., McGinity, Schmidt and Townes, JJ., concur.

(December 31, 2001)

LOURDES BATISTA et al., Respondents, v ALLSTATE INSURANCE COMPANY, Appellant. [735 NYS2d 783] —In an action to recover damages for breach of an insurance contract, the defendant appeals from an order of the Supreme Court, Kings County (Clemente, J.), dated March 9, 2001, which denied its motion to compel the plaintiffs to accept its answer.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendant's motion to compel the plaintiffs to accept its answer because the defendant demonstrated neither a reasonable excuse for its default in answering nor the existence of a meritorious defense (*see, Hazen v Bottiglieri,* 286 AD2d 708; *Melish v Melish,* 267 AD2d 218; *Rivera v 999 Realty Mgt.,* 246 AD2d 637; *Miles v Blue Label Trucking,* 232 AD2d 382; *Martyn v Jones,* 166 AD2d 508). O'Brien, J. P., S. Miller, McGinity, Schmidt and Townes, JJ., concur.